83,019-01

To Whom it May Concern:     4-2-15

I Timothy Wright is currently incarcerated in the Harris County Sheriffs Office, where I have no access to a copier or printer. I am inquiring about a writ of Habeas Corpus of the TX. Code of Crim. Procedure Art. 11.07 Sec. 2 (After indictment found in any felony case other than the death penalty and before conviction, the writ must be made returnable in the county where offense was committed). This writ was dismissed for not being on prescribed form on 3-25-15. My question is can I file the pre-trail writ again, but on the prescribed form, and is there a form for this pre-trail writ?

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 08 2015
Abel Acosta, Clerk

Thank You for your time and patience because your help is very, very much well appreciated.

Thank You and have a very bless day whoever you are

Sincerely Yours

Timothy Wright 01577948-6CI

Please respond at your earliest convenience